**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF ILLINOIS**

|  |  |  |
|---|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | **3:09-md-02100-DRH** **MDL No. 2100** |

**This Document Relates To:**

| | |
|---|---|
| *Julie Brezeale v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 13-cv-10202-DRH |
| *Kathryn Castleberry v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 13-cv-10385-DRH |
| *Brittany Daniells v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 10-cv-10631-DRH |
| *Erika Davis v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 11-cv-11379-DRH |
| *Tessie Dupre v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 10-cv-20537-DRH |
| *Ashley Feuerhammer v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 12-cv-10925-DRH |
| *Deana Fisher v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 10-cv-12636-DRH |
| *Brittney Franklin v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 12-cv-20064-DRH |
| *Monica Frymier v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 12-cv-20054-DRH |
| *Ashley Gahm v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 11-cv-20129-DRH |
| *Tracy Grady v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 10-cv-12452-DRH |
| *Laura Greenlee v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 13-cv-10384-DRH |

| | |
|---|---|
| *Allison Hall v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 11-cv-20149-DRH |
| *Sheena Hardiman v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 13-cv-10396-DRH |
| *Jamie Harris v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 11-cv-20135-DRH |
| *Amy Hawkins v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 10-cv-20156-DRH |
| *Jenean Hayden-Woods v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 11-cv-20045-DRH |
| *Erica Henley v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 10-cv-12451-DRH |
| *Angelic Lowe v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 13-cv-10461-DRH |
| *Kaitlyn Massa v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 12-cv-20069-DRH |
| *Leah McCracken v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 11-cv-12929-DRH |
| *Malinda Porter v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 10-cv-10822-DRH |
| *Lisa Reid v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 11-cv-11385-DRH |
| *Demika Styron v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 11-cv-12699-DRH |
| *Nadine Warren v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 12-cv-11195-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   These matters are before the Court for the purpose of docket control.

2

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on October 31, 2014, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

**JUSTINE FLANAGAN,**
**ACTING CLERK OF COURT**

BY:  /s/*Caitlin Fischer*
**Deputy Clerk**

Date: November 3, 2014

Digitally signed by
David R. Herndon
Date: 2014.11.03
11:57:05 -06'00'

APPROVED:

DISTRICT JUDGE
U. S. DISTRICT COURT